AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

DAVID C. FAISON
DOB:
PDID:

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In or about May 2006 through August 2, 2006, in the District of Columbia defendant did, (Track Statutory Language of Offense)

willfully and knowingly steal and purloin sheets of partially printed $100 Federal Reserve Notes, of a value in excess of $1,000, of the goods and property of the United States (See Attached Affidavit)

in violation of Title __18__ United States Code, Section(s) __641__.

I further state that I am <u>Karen Cottrell, Special Agent with the United States Department of Treasury, Office of Inspector General, Office of Investigations,</u> and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

AUSA, Jonathan R. Barr   (202) 514-9620
Sworn to before me and subscribed in my presence,

Signature of Complainant
Karen Cottrell, Special Agent
United States Department of Treasuary OIG

_____
Date

at     Washington, D.C.
              City and State

_____
Name & Title of Judicial Officer

_____
Signature of Judicial Officer