AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.

DAVID C. FAISON,

**WARRANT FOR ARREST**

CASE NUMBER 06-353-M-01

**FILED**
AUG 0 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___DAVID C. FAISON___
Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

See Attached Affidavit

in violation of Title __18__ United States Code, Section(s) § 641.

ALAN KAY
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

Signature of Issuing Officer

Title of Issuing Officer

AUG 03 2006   D.C.
Date and Location

Bail fixed at $ _____   by _____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8/3/06 | Stephanie K. Owens Deputy U.S. Marshal | Stephanie K. Owens |
| DATE OF ARREST | | |
| 8/4/06 | | |