**IN THE UNITED STATES DISTRICT COURT FOR HOWARD'S COUNTY
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA     : NO: 06-00353M

                               :

                               :

         v.                    :

                               :

DAVID FAISON                 : COURT DATE: PENDING

## ENTRY OF APPEARANCE

TO THE COURT:

     Please note the entry of the appearance of the
following attorney on behalf of the Defendant:

                 Khadijah R. Ali
                 THE LAW OFFICES OF KHADIJAH R. ALI, P.C.
                 216 G Street, NE
                 First Floor
                 Washington, DC 20002
                 (202)548-0016

                 Respectfully Submitted,

                 _____

                 Khadijah R. Ali